# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| RYAN CORNELIUS RUMPH,<br><br>*Plaintiff*,<br><br>v.<br><br>SUPERIOR COURT OF HOUSTON JUDICIAL CIRCUIT, *et al.*,<br><br>*Defendants*. | CIVIL ACTION NO.<br>5:22-cv-00025-TES-CHW |

## ORDER ADOPTING THE UNITED STATES
## MAGISTRATE JUDGE'S RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 19] to deny in part Plaintiff's Motion for Preliminary Injunction [Doc. 18][1] and dismiss Plaintiff's Complaint [Doc. 5][2] for failure to state a claim. Specifically, the Magistrate Judge recommends the Court deny in part Plaintiff's Motion for Preliminary Injunction as to "any request for prisoners to be paid more for their assigned work [because] such

---

[1] The Magistrate Judge granted in part the portion of Plaintiff's Motion for Preliminary Injunction in which Plaintiff asked that his name be corrected on the docket to read "Ryan Cornelius Rumph" instead of "Ryan Cornelus Rumph." [Doc. 18, p. 2]; [Doc. 19, p. 1]. The Magistrate Judge then directed the Clerk to update the docket accordingly. [Doc. 19, p. 1]. The Magistrate Judge also granted in part Plaintiff's Motion for Preliminary Injunction to the extent that it seeks relief from paying the remainder of the initial partial filing fee. [Doc. 19, p. 2]. However, the Magistrate Judge stated that "Plaintiff remains obligated to pay the remainder of the full filing fee as set forth in the order granting him leave to proceed *in forma pauperis*." [Doc. 19, p. 2]; *see also* [Doc. 17].

[2] Plaintiff filed a Recast Complaint [Doc. 5] on March 7, 2022, after the Magistrate Judge ordered Plaintiff to complete and return either the § 2254 petition or the § 1983 form if he wished to proceed with this action. [Doc. 4, p. 4]. Plaintiff filed his initial Complaint on January 13, 2022. [Doc. 1].

relief is outside the scope of this action," and that the Court deny Plaintiff's request for monetary damages as well. [Doc. 19, pp. 2–3]; *see also* [Doc. 18, p. 4–6].

Plaintiff has not filed an objection or sought an extension of time to file an objection within the 14-day period outlined in the Magistrate Judge's Recommendation. [Doc. 19, pp. 7–8]. Thus, the Court reviews the Recommendation for clear error. 28 U.S.C. § 636(b)(1).

Having considered the Recommendation, the Court finds no clear enumeration of error and agrees with the findings and conclusions of the United States Magistrate Judge. Therefore, the Court **ADOPTS** the United States Magistrate Judge's Recommendation [Doc. 19] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint [Doc. 5] and **DENIES IN PART** Plaintiff's Motion for Injunctive Relief [Doc. 18] except for the portion in which he "seeks relief from paying the remainder of the initial partial filing fee." [Doc. 19, p. 2].

**SO ORDERED**, this 5th day of October, 2022.

                                                S/ Tilman E. Self, III
                                                **TILMAN E. SELF, III, JUDGE**
                                                **UNITED STATES DISTRICT COURT**